In re:                                                          Case No. 13-04957-MDF
Robert L. Hallman                                               Chapter 13
Grace E. Hallman
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1        User: AGarner              Page 1 of 2            Date Rcvd: Oct 04, 2016
                            Form ID: 3180W             Total Noticed: 51

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2016.
```
db/jdb       +Robert L. Hallman,    Grace E. Hallman,    12492 Stamper Road,     Brogue, PA 17309-8820
cr           +US Department of HUD,    1255 Corporate Drive #300,    Irving, TX 75038-2585
4381766      +ALAN R. MEGE, ESQ.,    70 E. BROAD STREET,    PO BOX 1426,    BETHLEHEM, PA 18016-1426
4381768       ARTHUR LASHIN, ESQ.,    HAYT HAYT AND LANDAU,    123 S. BROAD ST., STE 1660,
               PHILADELPHIA, PA 19109-1003
4381769      +ARTHUR LASHIN, ESQ.,    HAYT HAYT AND LANDAU,    400 MARKET STREET, 6TH FLOOR,
               PHILADELPHIA, PA 19106-2513
4381762      +BRENT C. DIEFENDERFER,    CGA LAW FIRM,    135 NORTH GEORGE STREET,    YORK, PA 17401-1132
4381773       BRIAN L. VITZ, D.O.,    1601 SECOND AVE.,    YORK, PA 17403-1940
4381774      +CENTRAL CRED,    100 N THIRD ST,    SUNBURY, PA 17801-2367
4381777      +COMMONWEALTH FINANCIAL SYSTEMS/NCC,    245 MAIN STREET,    DICKSON CITY, PA 18519-1641
4381778       COUNTY OF YORK,    C/O YORK COUNTY PLANNING COMMISSION,    28 E. MARKET STREET,
               YORK, PA 17401-1580
4381779      +CREDIT BUREAU OF YORK,    33 S DUKE ST,    YORK, PA 17401-1485
4487803       CitiFinancial Servicing LLC,    P. O. Box 6043,    Sioux Falls, SD 57117-6043
4381780      +DEALS ON WHEELS,    1163 DELTA RD,    RED LION, PA 17356-9724
4381781      +ELMWOOD CENTER MEDICAL ASSOC.,    1600 SIXTH AVENUE,    SUITE 114,    YORK, PA 17403-2627
4381782      +FINANCIAL RECOVERIES,    200 E PARK DR STE 100,    MOUNT LAUREL, NJ 08054-1297
4381784      +HAMILTON LAW GROUP,    PO BOX 90301,    ALLENTOWN, PA 18109-0301
4437822       Lehigh Anesthesia Assoc, PC,    c/o Hamilton Law Group,    PO Box 90301,
               Allentown, PA 18109-0301
4381789      +MCCLURE LAW OFFICE,    P.O. BOX 65,    MIDDLETOWN, PA 17057-0065
4381791      +NATIONAL RECOVERY AGEN,    2491 PAXTON ST,    HARRISBURG, PA 17111-1036
4381792      +NORTHLAND GROUP, INC.,    PO BOX 390905,    MAIL CODE CBK1,    MINNEAPOLIS, MN 55439-0905
4381794      +OSS AMBULATORY SURGERY CENTER,    1855 POWDER MILL ROAD,    YORK, PA 17402-4723
4381795       OSS ORTHOPAEDIC HOSPITAL,    PO BOX 347371,    PITTSBURGH, PA 15251-4371
4381764      +PA DEPARTMENT OF REVENUE,    PO BOX 281061,    HARRISBURG, PA 17128-1061
4381796      +PEERLESS CREDIT SERVICES,INC.,    P.O. BOX 518,    MIDDLETOWN, PA 17057-0518
4381797      +PENN CREDIT CORPORATION,    916 S 14TH ST,    HARRISBURG, PA 17104-3425
4381761      +ROBERT L. HALLMAN,    GRACE E. HALLMAN,    12492 STAMPER ROAD,    BROGUE, PA 17309-8820
4381763      +SECRETARY OF TREASURY,    15TH & PENN AVENUE NW,    WASHINGTON, DC 20220-0001
4381798      +SECURITY CREDIT SERVIC,    2653 W OXFORD LOOP,    OXFORD, MS 38655-5442
4381799      +U.S. DEPT. OF HOUSING AND URBAN,    DEVELOPMENT,    451 7TH ST SW,    WASHINGTON, DC 20410-0001
4381800      +UNIFUND,    10625 TECHWOODS CIRCLE,    CINCINNATI, OH 45242-2846
4399651      +US Department of HUD C/O NOVAD MANAGEMENT CONSULTI,    SHEPHERDS MALL,
               2401 NW 23RD STREET SUITE 1 A1,    OKLAHOMA CITY, OK 73107-2448
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4381767      +EDI: APPLIEDBANK.COM Oct 04 2016 18:58:00     APPLIED CARD BANK,    P.O. BOX 17120,
               WILMINGTON, DE 19886-7120
4381770      +EDI: ACCE.COM Oct 04 2016 18:58:00     ASSET ACCEPTANCE LLC,    P.O. BOX 2036,
               WARREN, MI 48090-2036
4381771      +EDI: ACCE.COM Oct 04 2016 18:58:00     ASSET ACCEPTANCE LLC,    28405 VAN DYKE,
               WARREN, MI 48093-7132
4381772      +E-mail/Text: banko@berkscredit.com Oct 04 2016 19:06:46      BERKS CREDIT & COLL,
               900 CORPORATE DR,    READING, PA 19605-3340
4381775      +EDI: CITICORP.COM Oct 04 2016 18:58:00     CITIBANK,    701 EAST 60TH STREET NORTH,
               SIOUX FALLS, SD 57104-0493
4381783       EDI: RMSC.COM Oct 04 2016 18:58:00     GEMB,    P.O. BOX 103065,    ROSWELL, GA 30076
4381765      +EDI: IRS.COM Oct 04 2016 18:58:00     INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OP.,
               P.O. BOX 7346,    PHILADELPHIA, PA 19101-7346
4381785       EDI: RMSC.COM Oct 04 2016 18:58:00     LOWES/GECRB,    PO BOX 530914,    ATLANTA, GA 30353-0914
4381786      +EDI: RESURGENT.COM Oct 04 2016 18:58:00     LVNV FUNDING, LLC,    P O BOX 10584,
               GREENVILLE, SC 29603-0584
4381787      +EDI: RESURGENT.COM Oct 04 2016 18:58:00     LVNV FUNDING, LLC,    P.O. BOX 10497,
               GREENVILLE, SC 29603-0497
4442482       EDI: RESURGENT.COM Oct 04 2016 18:58:00     LVNV Funding LLC,    c/o Resurgent Capital Services,
               P.O. Box 10675,    Greenville, SC 29603-0675
4430897       EDI: RESURGENT.COM Oct 04 2016 18:58:00     LVNV Funding, LLC its successors and assigns as,
               assignee of Arrow Financial Services,,    LLC,    Resurgent Capital Services,    PO Box 10587,
               Greenville, SC 29603-0587
4381788       E-mail/Text: camanagement@mtb.com Oct 04 2016 19:06:46      M & T BANK,    1 FOUNTAIN PLZ,
               BUFFALO, NY 14203
4442144       E-mail/Text: camanagement@mtb.com Oct 04 2016 19:06:46      M & T Bank,    P.O. Box 1288,
               Buffalo, New York 14240
4381790      +EDI: MID8.COM Oct 04 2016 18:58:00     MIDLAND CREDIT MANAGEMENT,    8875 AERO DRIVE,
               SUITE 200,    SAN DIEGO, CA 92123-2255
4381793      +EDI: AGFINANCE.COM Oct 04 2016 18:58:00     One Main Financial,    300 St. Paul Place,
               Baltimore, MD 21202-2120
4425994       EDI: AGFINANCE.COM Oct 04 2016 18:58:00     OneMain Financial, Inc.,    P.O. Box 70911,
               Charlotte, NC 28272-0911
4394310       EDI: Q3G.COM Oct 04 2016 18:58:00     Quantum3 Group LLC as agent for,
               Elite Recovery Acquisitions LLC,    PO Box 788,    Kirkland, WA 98083-0788
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
4433588        EDI: Q3G.COM Oct 04 2016 18:58:00      Quantum3 Group LLC as agent for,
               Collins Asset Group LLC,    PO Box 788,    Kirkland, WA  98083-0788
4403032        EDI: Q3G.COM Oct 04 2016 18:58:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
               PO Box 788,    Kirkland, WA  98083-0788
                                                                                             TOTAL: 20

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Deval, LLC
4487868*       CitiFinancial Servicing LLC,    P. O. Box 6043,    Sioux Falls, SD 57117-6043
4442483*       LVNV Funding LLC,   c/o Resurgent Capital Services,    P.O. Box 10675,
               Greenville, SC 29603-0675
4381776        ##+COMMERCIAL ACCEPTANCE,    2 W MAIN ST,    SHIREMANSTOWN, PA 17011-6326
                                                                                             TOTALS: 1, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2016                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 4, 2016 at the address(es) listed below:
```
              Alexandra Teresa Garcia    on behalf of Creditor    M & T Bank ecfmail@mwc-law.com
              Brent  Diefenderfer    on behalf of Joint Debtor Grace E. Hallman bdiefenderfer@cgalaw.com,
               tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kwengert@cgalaw.co
               m;kbrayboy@cgalaw.com
              Brent  Diefenderfer    on behalf of Debtor Robert L. Hallman bdiefenderfer@cgalaw.com,
               tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kwengert@cgalaw.co
               m;kbrayboy@cgalaw.com
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    M & T Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Robert L. Hallman** | Social Security number or ITIN xxx–xx–3545 |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Grace E. Hallman** | Social Security number or ITIN xxx–xx–8507 |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Middle District of Pennsylvania** | |
| Case number: | **1:13–bk–04957–MDF** | |

# Order of Discharge                                                                                        12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Robert L. Hallman                                   Grace E. Hallman

**By the court:**  *Mary D. France*

October 4, 2016

Honorable Mary D. France
United States Bankruptcy Judge

By: AGarner, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

Form 3180W                                **Chapter 13 Discharge**                                page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**