Check No. 1163677

Voucher manifest below. Please save the following pages for your records.

Pay to: CLERK  CLERK  U.S. BANKRUPTCY COURT

***** **FOR INFORMATION ON ELECTRONIC PAYMENTS CONTACT DCOOK@PAMD13TRUSTEE.COM.** *****

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 13-04957-RNO | 003-1 | ROBERT L. HALLMAN | 3423 | 9,199.70 | 55.25 | 0.00 | 55.25 |
| | | Original Check written to: | | | | | |
| | | US DEPARTMENT OF HUD | | | | | |
| | | C/O DEVAL LLC | | | | | |
| | | 1255 CORPORATE DRIVE #300 | | | | | |
| | | IRVING, TX 75038- | | | | | |
| 13-05631-JJT | 999-0 | STEPHEN W. KELLEY | | 0.00 | 12.12 | 0.00 | 12.12 |
| | | Original Check written to: | | | | | |
| | | STEPHEN W. KELLEY and SONYA JEANNETTE KELLEY | | | | | |
| | | 242 MAIN ST. | | | | | |
| | | S. WILLIAMSPORT, PA 11701- | | | | | |
| 14-01963-JJT | 005-0 | DONALD D. KENNEDY | 5613/9308 | 5,935.65 | 108.91 | 0.00 | 108.91 |
| | | Original Check written to: | | | | | |
| | | FIA CARD SERVICES | | | | | |
| | | P.O. BOX 15102 | | | | | |
| | | WILMINGTON, DE 19886-5102 | | | | | |
| 15-03663-RNO | 999-0 | DALE A. DELANCEY | | 0.00 | 319.26 | 0.00 | 319.26 |
| | | Original Check written to: | | | | | |
| | | DALE A. DELANCEY | | | | | |
| | | 62 ZELLERS LANE | | | | | |
| | | ELLIOTTSBURG, PA 17024 | | | | | |
| 16-00588-JJT | 999-0 | DOUGLAS B. JONES | | 0.00 | 424.35 | 0.00 | 424.35 |
| | | Original Check written to: | | | | | |
| | | DOUGLAS B. JONES | | | | | |
| | | 107 STONEHEDGE LN | | | | | |
| | | SPARTA, NJ 07871-2862 | | | | | |

**Charles J. DeHart, III**
**Standing Chapter 13 Bankruptcy Trustee**
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

Fulton Bank
Lancaster PA 17604

60-142
313

No. 1163677

March 09, 2017

PAY** Nine Hundred Nineteen Dollars and 89 Cents***********************************

**AMOUNT***$919.89************

TO THE ORDER OF

VOID AFTER June 07, 2017
Positive Pay Account

CLERK  U.S. BANKRUPTCY COURT
P.O. BOX 908
HARRISBURG, PA 17108-

⑇1163677⑇ ⑉031301322⑉ 1618 66156⑇